**BRILL LEGAL GROUP.** P.C.          Tel: (888) 315-9841   www.brill-legal.com



March 23, 2018

**Via Fax: (212) 805-4060**

Hon. Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   **Re:**   ***United States* v. *Kelvin Torres***
      18-mj-1370

Dear Judge Fox:

   I represent Kelvin Torres in the above-referenced matter. I write to request that the Court direct the Marshals Service to arrange travel for Mr. Torres from his home near Tucson, AZ to New York for a meeting with the United State Attorney's Office on April 5, 2018. The meeting is at 2:00 p.m., so Mr. Torres would need to fly in that morning and out in the evening, or overnight accommodations would also need to be arranged. The Marshals Service has indicated it requires a court order prior to arranging travel for a CJA-appointed client.

   I would respectfully request that the Court endorse this letter so that it may be provided to the Marshals Service.

   Thank you for your consideration.

3/23/18
Application denied. The
requested assistance from the
United States Marshals Service is
not authorized by 18 U.S.C. §4282
or 18 U.S.C. §4285.
   SO ORDERED:
   /Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

        Respectfully submitted,

        Peter E. Brill

306 Fifth Avenue          150 Motor Parkway
Penthouse                 Suite 401          64 Hilton Avenue
New York, N.Y. 10001      Hauppauge, N.Y. 11788      Hempstead, N.Y. 11550