# BLG BRILL LEGAL GROUP, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
Mark Gutman
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

April 19, 2018

[Stamp: U.S. DISTRICT COURT FILED APR 19 2018 S.D. OF N.Y.]

Via Fax: (212) 805-4060
Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Handwritten endorsement:*
> The application is granted. The attorney is advised to submit the appropriate travel document through eVoucher.
> SO ORDERED.
> 4/19/18
> Stewart D. Aaron, USMJ

Re: **United States v. Kelvin Torres**
18-mj-1370

Dear Judge Aaron:

I represent Kelvin Torres in the above-referenced matter pursuant to the Criminal Justice Act. On March 23, 2018, I wrote to Judge Fox, who was on duty at the time, requesting that the Court direct the Marshals Service to arrange travel for Mr. Torres from his home near Tucson, AZ to New York for a meeting with the United State Attorney's Office. Judge Fox denied the request as not authorized by statute. (A copy of the letter with Judge Fox's notation is attached.)

After speaking with Tracy Miller, Assistant Director of Criminal Case Operations and Jerry Tritz, CJA Case-Budgeting Attorney, I am renewing my request. Though not specifically authorized by statute, bringing Mr. Torres to New York would be far more cost-effective than sending me to Arizona. Mr. Torres is available to fly in and out on the same day; I may not be and might require hotel accommodations. More importantly, the Court would be paying me for each hour I spend traveling to Arizona, while in Arizona, and returning from Arizona, which would amount to thousands more than if Mr. Torres were to come to New York.

I would respectfully refer the Court to Judge Gleeson's 2013 decision in *U.S. v. Mendoza*, 734 F.Supp.2d 281 (2010), in which he authorized payment for hotel expenses during trial. While this situation is obviously not the same, I submit that my request is both logical and will save the government money. I would therefore renew my request and ask that the Court endorse this letter so that it may be provided to the Marshals Service.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788

64 Hilton Avenue
Hempstead, N.Y. 11550

# FAX



| Date: | Thu Apr 19 2:23 PM EDT 2018 |
|---|---|
| **TO** | |
| Fax Number: | 12128054060 |
| Name: | Judge Aaron |
| **FROM** | |
| Fax Number: | 19172596930 |
| Name: | Peter E. Brill |
| Company: | Brill Legal Group, P.C. |
| Subject: | USA v. Torres, corrected letter |
| Pages: | 2 |

**BRILL LEGAL GROUP**

**Notes:**

Thank you again.